

# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 02-2141    61CV39 RRM

In Re:Harnischfeger

To: Clerk

1)   Motion by Appellees to Change Party Names and to Amend Caption

---

The foregoing Motion is granted. The name of Appellee, Harnischfeger Industries, Inc., will be changed to Joy Global, Inc. f/k/a Harnischfeger Industries, Inc in light of the amendment to the corporation's articles of incorporation. The name of Appellee, Beloit Corporation, will be changed to The Beloit Liquidating Trust in accordance with the bankruptcy reorganization plan approved on July 12, 2001. The caption will be amended to read as follows:

IN RE: JOY GLOBAL, INC. f/k/a Harnischfeger Industries Inc.,

   Debtor

JOY GLOBAL, INC., f/k/a/ Harnischfeger Industries Inc.; AMERICAN ALLOY COMPANY;
AMERICAN LONGWALL FACE CONVEYORS, INC.; AMERICAN LONGWALL INC.;
AMERICAN LONGWALL MEXICO, INC.; AMERICAN LONGWALL REBUILD, INC.;
AMERICAN LONGWALL ROOF SUPPORTS, INC.; THE BELOIT LIQUIDATING TRUST
BELOIT HOLDINGS INC.; BELOIT INTERNATIONAL SERVICES, INC.;
BELOIT IRON WORKS, INC.; BELOIT PULPING GROUP, INC.;
BELOIT TECHNOLOGIES INC.; BENEFIT INC.;
BWRC DUTCH HOLDINGS, INC.; BWRC INC.;
DOBSON MANAGEMENT SERVICE. INC.; DOBSON PARK INDUSTRIES, INC.;
ECOLAIRE EXPORT FSC INC.; ECOLAIRE INCORPORATED;
FIELD REPAIR SERVICES LLC; FITCHBURG CORPORATION; GULLICK DOBSON INC.;
HARNISCHFEGER CORPORATION a/k/a P & H Mining a/k/a Harnco;
HARNISCHFEGER CREDIT CORPORATION; HARNISCHFEGER OVERSEAS, INC.;
HARNISCHFEFER TECHNOLOGIES, INC.;
HARNISCHFEFER WORLD SERVICES CORPORATION;
HCHC INC.; HCHC UK HOLDINGS, INC.; HIHC INC.;
HORSBURGH & SCOTT COMPANY; J.P.D. INC.; JOY MM DELAWARE INC.;
JOY ENERGY SYSTEMS, INC.; JOY ENVIRONMENTAL TECHNOLOGIES, INC.;
JOY INTERNATIONAL SALES CORPORATION, INC.; JOY POWER PRODUCTS, INC.;

JOY TECHNOLOGIES INC. d/b/a Joy Mining Machinery;
JOY TECHNOLOGIES DELAWARE, INC.; JTI UK HOLDINGS INC.;
MINING SERVICES INC.; MIP PRODUCTS INC.; NEW ECOLAIRE INC.;
OPTICAL ALIGNMENT SYSTEMS AND INSPECTION SERVICES, INC.;
PEABODY & WIND ENGINEERING CORPORATION; PEAC INC.;
PEOC INC.; PMAC INC.; PRINCETON PAPER COMPANY LLC a/k/a Fitchburg
P.W.E.C. INC.; RADER RESOURCE RECOVERY, INC.; RCHH INC.; RYL LLC;
SMITH MACHINE WORKS, INC.; SMK COMPANY; SOUTH SHORE CORPORATION;
SOUTH SHORE DEVELOPMENT LLC

v.

WISCONSIN DEPARTMENT OF WORK FORCE DEVELOPMENT,

Appellant

THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF BELOIT CORPORATION,
Intervenor-Plaintiff in District Court

A TRUE COPY:
Kelly A. Slaum
ACTING CLERK

For the Court,

Marcia M. Waldron

Clerk

Dated: 23 July 2002
    AWI/CC: (RBM
        (JLH
        DFL
        RJD

Case No. 02-2141

*IN RE: JOY GLOBAL, INC.,
f/k/a Harnischfeger Industries, Inc.,

               Debtor

JOY GLOBAL, INC., f/k/a Harnischfeger Industries Inc.;
AMERICAN ALLOY COMPANY; AMERICAN LONGWALL FACE CONVEYORS, INC.;
AMERICAN LONGWALL INC.; AMERICAN LONGWALL MEXICO, INC.;
AMERICAN LONGWALL REBUILD, INC.; AMERICAN LONGWALL ROOF SUPPORTS, INC.;
BELOIT LIQUIDATING TRUST; BELOIT HOLDINGS INC.;
BELOIT INTERNATIONAL SERVICES, INC.; BELOIT IRON WORKS, INC.;
BELOIT PULPING GROUP, INC.; BELOIT TECHNOLOGIES INC.; BENEFIT INC.;
BWRC DUTCH HOLDINGS, INC.; BWRC INC.;
DOBSON MANAGEMENT SERVICE. INC.; DOBSON PARK INDUSTRIES, INC.;
ECOLAIRE EXPORT FSC INC.; ECOLAIRE INCORPORATED;
FIELD REPAIR SERVICES LLC; FITCHBURG CORPORATION; GULLICK DOBSON INC.;
HARNISCHFEGER CORPORATION a/k/a P & H Mining a/k/a Harnco;
HARNISCHFEGER CREDIT CORPORATION; HARNISCHFEGER OVERSEAS, INC.;
HARNISCHFEFER TECHNOLOGIES, INC.;
HARNISCHFEFER WORLD SERVICES CORPORATION;
HCHC INC.; HCHC UK HOLDINGS, INC.; HIHC INC.;
HORSBURGH & SCOTT COMPANY; J.P.D. INC.; JOY MM DELAWARE INC.;
JOY ENERGY SYSTEMS, INC.; JOY ENVIRONMENTAL TECHNOLOGIES, INC.;
JOY INTERNATIONAL SALES CORPORATION, INC.; JOY POWER PRODUCTS, INC.;
JOY TECHNOLOGIES INC. d/b/a Joy Mining Machinery;
JOY TECHNOLOGIES DELAWARE, INC.; JTI UK HOLDINGS INC.;
MINING SERVICES INC.; MIP PRODUCTS INC.; NEW ECOLAIRE INC.;
OPTICAL ALIGNMENT SYSTEMS AND INSPECTION SERVICES, INC.;
PEABODY & WIND ENGINEERING CORPORATION; PEAC INC.;
PEOC INC.; PMAC INC.; PRINCETON PAPER COMPANY LLC a/k/a Fitchburg
P.W.E.C. INC.; RADER RESOURCE RECOVERY, INC.; RCHH INC.; RYL LLC;
SMITH MACHINE WORKS, INC.; SMK COMPANY; SOUTH SHORE CORPORATION;
SOUTH SHORE DEVELOPMENT LLC

  v.

WISCONSIN DEPARTMENT OF WORK FORCE DEVELOPMENT,

               Appellant

THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF BELOIT CORPORATION,

            Intervenor-Plaintiff in District Court

* (Amended as per the Clerk's 7/23/02 Order)