IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

In Re:

JOY GLOBAL, INC. f/k/a
HARNISCHFEGER INDUSTRIES, INC.

    Debtor.

Civ. No. 01-039-LPS

JOY GLOBAL, INC. f/k/a
HARNISCHFEGER INDUSTRIES, INC.

    Plaintiff,

v.

WISCONSIN DEPARTMENT OF
WORKFORCE DEVELOPMENT,

    Defendants.

**ORDER**

At Wilmington this 12th day of December, 2007, for the reasons set forth in the opinion issued this same date,

IT IS HEREBY ORDERED that plaintiff's motion for summary judgment (D.I. 257) is DENIED.

_____
United States Magistrate Judge